IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANTONIO FLOYD, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>ROBERT HENLINE, Warden, )<br>ECJ, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:17cv580-MHT<br>(WO) |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who at the time of filing was an inmate in the Elmore County Jail, filed this lawsuit alleging violations of several of his constitutional rights in connection with his criminal case and the treatment he received in the jail. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the

court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of November, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE